```
 1  JAMES J. MCMULLEN, JR. (SBN: 095853)
    JASON R. DAWSON (SBN: 208906)
 2  TRUTH FISHER (SBN: 218790)
    GORDON & REES LLP
 3  101 West Broadway
    Suite 1600
 4  San Diego, CA 92101
    Telephone: (619) 696-6700
 5  Facsimile: (619) 696-7124
 6  Attorneys For: Petitioner
    STEVEDORING SERVICES OF AMERICA
 7
 8
 9              UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA
10
11
12  STEVEDORING SERVICES OF AMERICA   )  CASE NO. C03-02630 BZ
                                      )
13                   Petitioner,      )
                                      )  JOINT REQUEST TO CONTINUE
14          v.                        )  HEARING DATE DUE TO PENDING
                                      )  NLRB 10(K) PROCEEDINGS
15  INTERNATIONAL ASSOCIATION OF      )
    MACHINISTS, LOCAL LODGE 1414      )
16                                    )
                     Respondent.      )
17                                    )
```

Upon previous request by the parties in this action, the Court ORDERED that a hearing on cross-motions to vacate and, or, in the alternative, confirm the arbitration award, be scheduled for September 7, 2005 due to pending Section 10(k) proceedings pursuant to the National Labor Relations Act before the National Labor Relations Board ("NLRB"), Region 32. The parties in this action are in the process of litigating the issue of assignment of refrigerated container work at SSA Terminals' facilities before the NLRB and continue to follow the administrative remedial procedures set forth in the NLRA.

The work assignment issues pending before the NLRB are the same issues presented by the arbitrator's award, which award underlies the cross-motions now pending before this Court. Pursuant to its 10(k) procedures, the NLRB has the special authority to resolve work assignment issues, and the parties anticipate that it is likely the procedures presently being followed under

-1-
JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PENDING NLRB 10(K) PROCEEDINGS

1  the NLRA will render the pending cross-motions moot. As the parties cannot predict when the
2  administrative process will conclude, the parties hereby request that the September 7 hearing
3  date in this matter be continued to a hearing date to be determined by the Court, no less than 120
4  days from the date of this order, so that these issues may be resolved by the appropriate NLRB
5  procedures.
6  RESPECTFULLY SUBMITTED.

Dated: July 26th, 2005

GORDON & REES, LLP

James J. McMullen, Jr.
Attorneys for Petitioner
STEVEDORING SERVICES OF AMERICA

Dated: 7/26, 2005

WEINBERG, ROGER & ROSENFELD

David A. Rosenfeld
Attorneys for International Association of
Machinists Local Lodge 1414

IT IS SO ORDERED.

Dated: August 1, 2005

HEARING CONTINUED TO JANUARY 4, 2006 AT 10:00 A.M.

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Bernard Zimmerman
Magistrate Judge, United States District Court

-2-

JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PENDING NLRB 10(K) PROCEEDINGS