UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEDORING SERVICES OF AMERICA,<br><br>　　　　Petitioner(s),<br><br>　　v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE 1414,<br><br>　　　　Respondent(s). | No. C03-2630 BZ<br><br>**ORDER TAKING CROSS-MOTIONS OFF CALENDAR AND SETTING STATUS CONFERENCE** |

　　The parties having failed to appear as scheduled on January 4, 2006, **IT IS HEREBY ORDERED** that the cross-motions to vacate, or in the alternative, to confirm the arbitration award are taken off calendar.  [Docket Nos. 1 and 10].  **IT IS FURTHER ORDERED** that a status conference is scheduled for **January 30, 2006 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

Dated:  January 4, 2006

　　　　　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\STEVEDORING\VACATE.SCH.ORD.wpd

1