JAMES J. MCMULLEN, JR. (SBN: 095853)
JASON R. DAWSON (SBN: 208906)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Petitioner
STEVEDORING SERVICES OF AMERICA

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEDORING SERVICES OF AMERICA | CASE NO. C03-02630 BZ |
| Petitioner, | |
| v. | JOINT REQUEST TO TAKE STATUS CONFERENCE OFF CALENDAR DUE TO PENDING NINTH CIRCUIT REVIEW OF NLRB DECISION TO QUASH 10(K) PROCEEDINGS |
| INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE 1414 | |
| Respondent. | |

On about January 4, 2006, the Court ORDERED that a status conference on cross-motions to vacate and, or, in the alternative, confirm the arbitration award in this matter be scheduled for January 30, 2006.

However, on about October 3, 2005, the Respondent in this matter petitioned the Ninth Circuit Court of Appeals for a review of the National Labor Relations Board's June 30, 2005 Decision and Order  Quashing a previously-issued Notice of Hearing in this matter, and for review of a subsequent Decision and Order, dated September 9, 2005, from the National Labor Relations Board Denying Petitioner's Motion of Reconsideration  of the June 30, 2005 Decision and Order.

/ / /

/ / /

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1   On December 5, 2005, Petitioner filed a separate Petition for Review in the Ninth Circuit

2   of the above-referenced Orders of the National Labor Relations Board. Those Petitions have

3   now been consolidated by the Ninth Circuit, and a briefing schedule in the matter has been set.

4   In the event that the Ninth Circuit reverses the NLRB's Decision and Order in this case,

5   the work assignment issues which would be pending before the NLRB are the same issues

6   presented by the arbitrator's award, which award underlies the cross-motions now pending

7   before this Court. Pursuant to its 10(k) procedures, the NLRB has the special authority to

8   resolve work assignment issues, and, if further NLRB processing is ordered by the Ninth Circuit,

9   it is likely that those procedures will render the pending cross-motions moot.

10   As the parties cannot predict when the Ninth Circuit will ultimately render its decision,

11   will conclude, the parties hereby request that the January 30, 2006 status conference in this

12   matter be continued to a hearing date to be determined by the Court, no less than 180 days from

13   the date of this order, so that these issues may be resolved by the appropriate Ninth Circuit and

14   NLRB procedures.

15

16   RESPECTFULLY SUBMITTED.

17   Dated: _1/27_, 2006                   GORDON & REES, LLP

18

19                                          James J. McMullen, Jr.

20                                          Attorneys for Petitioner
                                            STEVEDORING SERVICES OF AMERICA

21

22   Dated: _1/26_, 2006                    WEINBERG, ROGER & ROSENFELD

23

24

25                                          David A. Rosenfeld
                                            Attorneys for International Association of
26                                          Machinists Local Lodge 1414

27

28

-2-

JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PEDNING NLRB 10(K) PROCEEDINGS

1    IT IS SO ORDERED.

2    Dated:    January 27, 2006

3

4            Status Conference continued to

5       August 7, 2006 at 4:00 p.m.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

_Bernard Zimmerman_

Judge Bernard Zimmerman

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

SSQA\1014037\323355.1

-3-

JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PEDNING NLRB 10(K) PROCEEDINGS