JAMES J. MCMULLEN, JR. (SBN: 095853)
JASON R. DAWSON (SBN: 208906)
TRUTH FISHER (SBN: 218790)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Petitioner
STEVEDORING SERVICES OF AMERICA

## UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEDORING SERVICES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE 1414<br><br>Respondent. | CASE NO. C03-02630 BZ<br><br>JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PENDING 9th CIRCUIT APPEAL |

Upon previous request by the parties in this action, the Court ORDERED that a hearing on cross-motions to vacate and, or, in the alternative, confirm the arbitration award, be rescheduled due to a pending appeal to the 9th Circuit Court of Appeal regarding Section 10(k) proceedings pursuant to the National Labor Relations Act before the National Labor Relations Board ("NLRB"), Region 32. The parties in this action have completed all briefing to the 9th Circuit and the Reply Briefs were filed August 1, 2006. The parties are presently waiting for the 9th Circuit to schedule oral argument.

The issue pending before the 9th Circuit is the same issue presented by the arbitrator's award which underlies the cross-motions now pending before this Court. Pursuant to its 10(k) procedures, the NLRB has the special authority to resolve work assignment issues, and the parties anticipate that it is likely that the 9th Circuit's ruling on this issue will compel the NLRB

-1-
JOINT REQUEST TO CONTINUE HEARING DATE DUE TO 9TH CIRCUIT APPEAL

to resolve the work assignment issues involved in this case, and may render the pending cross-motions moot. As the parties cannot predict when the 9th Circuit will issue its ruling, the parties hereby request that a further status conference in this matter be continued to a hearing date to be determined by the Court, no less than 90 days from the date of this order, so that these issues may be resolved by the appropriate NLRB procedures.

Dated: 7 August, 2006            GORDON & REES, LLP

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James J. McMullen, Jr.
　　　　　　　　　　　　　　　　Jason R. Dawson
　　　　　　　　　　　　　　　　Truth Fisher
　　　　　　　　　　　　　　　　Attorneys for Petitioner
　　　　　　　　　　　　　　　　STEVEDORING SERVICES OF AMERICA

Dated: _____, 2006     WEINBERG, ROGER & ROSENFELD

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David A. Rosenfeld
　　　　　　　　　　　　　　　　Caren P. Sencer
　　　　　　　　　　　　　　　　Attorneys for International Association of
　　　　　　　　　　　　　　　　Machinists Local Lodge 1414

IT IS SO ORDERED.

Dated:   August 7, 2006

New CMC - Nov. 20, 2006
at 4:00 p.m.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable Bernard Zimmerman
　　　　　　　　　　　　　　　　Magistrate Judge, United States District Court

*IT IS SO ORDERED* — Judge Bernard Zimmerman (seal, United States District Court, Northern District of California)

-2-

SSOA/1014037/370186v.1

JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PEDNING 9TH CIRCUIT APPEAL

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1 | to resolve the work assignment issues involved in this case, and may render the pending cross-
2 | motions moot. As the parties cannot predict when the 9th Circuit will issue its ruling, the parties
3 | hereby request that a further status conference in this matter be continued to a hearing date to be
4 | determined by the Court, no less than 90 days from the date of this order, so that these issues
5 | may be resolved by the appropriate NLRB procedures.

Dated: _____, 2006        GORDON & REES, LLP

_____
James J. McMullen, Jr.
Jason R. Dawson
Truth Fisher
Attorneys for Petitioner
STEVEDORING SERVICES OF AMERICA

Dated: August 7, 2006        WEINBERG, ROGER & ROSENFELD

_____
David A. Rosenfeld
Caren P. Sencer
Attorneys for International Association of
Machinists Local Lodge 1414

IT IS SO ORDERED.

Dated:

_____
The Honorable Bernard Zimmerman
Magistrate Judge, United States District Court

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

SSOA/1014037/3701186v.1

-2-

JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PEDNING 9TH CIRCUIT APPEAL

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   Telephone No.<br>James J. McMullen, Jr. (SBN: 095853)          (619) 696-6700<br>Jason R. Dawson (SBN: 208906)<br>GORDON & REES, LLP                              Fax: (619) 696-7124<br>101 West Broadway, Suite 1600<br>San Diego, California 92101 | |
| SHORT CASE TITLE<br>Stevedoring Services of America v. IAM, Local 1414 | JUDGE: HON. BERNARD ZIMMERMAN |
| ATTORNEYS FOR: Stevedoring Services of America | Court Case No.<br>C03-02630 BZ |

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon & Rees, LLP, 101 West Broadway, Suite 1600, San Diego, California 92101. On August 7, 2006, I served the within documents:

1. **JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PENDING 9TH CIRCUIT APPEAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I hereby certify that the below listed documents were served via e-mail transmittal on August 7, 2006.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2006, at San Diego, California.

_____
Jason R. Dawson

---

PROOF OF SERVICE

Stevedoring Services of America v. International Association of Machinists, Local Lodge 1414
US District Court – Northern District of California
Case no.: C03-02630 BZ

**International Association of Machinists, Local Lodge No. 1414**
David A. Rosenfeld
Caren P. Sencer
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone: (510) 337-1001
Facsimile: (510) 3371023
e-mail: csencer@unioncounsel.net