```
JAMES J. MCMULLEN, JR. (SBN: 095853)
JASON R. DAWSON (SBN: 208906)
TRUTH FISHER (SBN: 218790)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Petitioner
STEVEDORING SERVICES OF AMERICA
```

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEDORING SERVICES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE 1414<br><br>Respondent. | CASE NO. C03-02630 BZ<br><br>JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PENDING 9th CIRCUIT APPEAL |

Upon previous request by the parties in this action, the Court ORDERED that a hearing on cross-motions to vacate and, or, in the alternative, confirm the arbitration award, be rescheduled due to a pending appeal to the 9th Circuit Court of Appeal regarding Section 10(k) proceedings pursuant to the National Labor Relations Act before the National Labor Relations Board ("NLRB"), Region 32. The parties in this action have completed all briefing to the 9th Circuit and the Reply Briefs were filed August 1, 2006. The parties are presently waiting for the 9th Circuit to schedule oral argument.

The issue pending before the 9th Circuit is the same issue presented by the arbitrator's award which underlies the cross-motions now pending before this Court. Pursuant to its 10(k) procedures, the NLRB has the special authority to resolve work assignment issues, and the parties anticipate that it is likely that the 9th Circuit's ruling on this issue will compel the NLRB

-1-
JOINT REQUEST TO CONTINUE HEARING DATE DUE TO 9TH CIRCUIT APPEAL

to resolve the work assignment issues involved in this case, and may render the pending cross-motions moot. As the parties cannot predict when the 9th Circuit will issue its ruling, the parties hereby request that a further status conference in this matter be continued to a hearing date to be determined by the Court, no less than 90 days from the date of this order, so that these issues may be resolved by the appropriate NLRB procedures.

Dated: Nov. 15, 2006

GORDON & REES, LLP

James J. McMullen, Jr.
Jason R. Dawson
Truth Fisher
Attorneys for Petitioner
STEVEDORING SERVICES OF AMERICA

Dated: Nov. 15, 2006

WEINBERG, ROGER & ROSENFELD

David A. Rosenfeld
Caren P. Sencer
Attorneys for International Association of Machinists Local Lodge 1414

IT IS SO ORDERED.

Dated: November 15, 2006

Status Conference continued to February 26, 2007 at 4:00 p.m.

The Honorable Bernard Zimmerman
Magistrate Judge, United States District Court

*IT IS SO ORDERED — Judge Bernard Zimmerman — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

SSOA/1014037/393526v.1

-2-

JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PENDING 9TH CIRCUIT APPEAL