1 | JAMES J. MCMULLEN, JR. (SBN: 095853)
JASON R. DAWSON (SBN: 208906)
2 | TRUTH FISHER (SBN: 218790)
GORDON & REES LLP
3 | 101 West Broadway
Suite 1600
4 | San Diego, CA 92101
Telephone: (619) 696-6700
5 | Facsimile: (619) 696-7124

6 | Attorneys For: Petitioner
STEVEDORING SERVICES OF AMERICA

7

8

9 | UNITED STATES DISTRICT COURT--NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | STEVEDORING SERVICES OF AMERICA ) CASE NO. C03-02630 BZ

13 | Petitioner, )
) JOINT REQUEST TO CONTINUE
14 | v. ) HEARING DATE DUE TO PENDING 9th
) CIRCUIT APPEAL
15 | INTERNATIONAL ASSOCIATION OF )
MACHINISTS, LOCAL LODGE 1414 )
16 | )
Respondent. )
17 | )

18 |     Upon previous request by the parties in this action, the Court ORDERED that a hearing

19 | on cross-motions to vacate and, or, in the alternative, confirm the arbitration award, be

20 | rescheduled due to a pending appeal to the 9th Circuit Court of Appeal regarding Section 10(k)

21 | proceedings pursuant to the National Labor Relations Act before the National Labor Relations

22 | Board ('NLRB'), Region 32. The parties in this action have completed all briefing to the 9th

23 | Circuit and the Reply Briefs were filed August 1, 2006. The 9th Circuit has scheduled oral

24 | argument for October 17, 2007.

25 |     The issue pending before the 9th Circuit is the same issue presented by the arbitrator's

26 | award which underlies the cross-motions now pending before this Court. Pursuant to its 10(k)

27 | procedures, the NLRB has the special authority to resolve work assignment issues, and the

28 | parties anticipate that it is likely that the 9th Circuit's ruling on this issue will compel the NLRB to

-1-

JOINT REQUEST TO CONTINUE HEARING DATE DUE TO 9TH CIRCUIT APPEAL

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1    resolve the work assignment issues involved in this case, and may render the pending cross-

2    motions moot.   As the parties cannot predict when the 9th Circuit will issue its ruling, the parties

3    hereby request that a further status conference in this matter be continued to a hearing date to be

4    determined by the Court, no less than 120 days from the date of this order, so that these issues

5    may be resolved by the appropriate NLRB procedures.

6

7    Dated: _SEPT 21_, 2007          GORDON & REES, LLP

8

9                                    _____
                                     James J. McMullen, Jr.
10                                   Jason R. Dawson
                                     Truth Fisher
11                                   Attorneys for Petitioner
                                     STEVEDORING SERVICES OF AMERICA
12

13

14   Dated: _9/21_, 2007            WEINBERG, ROGER & ROSENFELD

15

16                                   _____
                                     David A. Rosenfeld
17                                   Caren P. Sencer
                                     Attorneys for International Association of
18                                   Machinists Local Lodge 1414

19        Status Conference continued to
20   IT IS SO ORDERED.              Jan 28, 2008 at 4PM
21
     Dated: 21 Sept 07
22

23                                   _____
24                                   The Honorable Bernard Zimmerman
                                     Magistrate Judge, United States District Court
25

26

27

28

SSOA/1014037/5117214v.1
                                        -2-
JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PEDNING 9TH CIRCUIT APPEAL

Gordon & Rees LLP
.101 West Broadway
Suite 1600
San Diego, CA 92101