```
1  JAMES J. MCMULLEN, JR. (SBN: 095853)
   JASON R. DAWSON (SBN: 208906)
2  TRUTH FISHER (SBN: 218790)
   GORDON & REES LLP
3  101 West Broadway
   Suite 2000
4  San Diego, CA 92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124

6  Attorneys For: Petitioner
   STEVEDORING SERVICES OF AMERICA
7
```

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEDORING SERVICES OF AMERICA | CASE NO. C03-02630 BZ |
| Petitioner, | JOINT REQUEST TO CONTINUE HEARING DATE DUE TO PARTIES TENTATIVE SETTLEMENT AGREEMENT |
| v. | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE 1414 | |
| Respondent. | |

The parties, having completed all NLRB proceedings and appeals in the above-captioned matter, reached a framework for a tentative settlement upon which they expect to file a dismissal within the next twenty (20) to thirty (30) days. At this time, one of SSA Marine's senior officers is out of the county, complicating finalization of the settlement.

Thus, the parties request that their case management conference, scheduled for Monday, January 28, 2008, at 4:00 p.m., before Magistrate Bernard Zimmerman, be continued to March 10, 2008 at 4:00 p.m. to allow the parties to file their dismissal.

///
///
///

-1-
JOINT REQUEST TO CONTINUE HEARING DATE DUE TO TENTATIVE SETTLEMENT AGREEMENT

| | |
|---|---|
| Dated: 1/28, 2008 | GORDON & REES, LLP |
| | *[signature]* |
| | James J. McMullen, Jr. |
| | Jason R. Dawson |
| | Truth Fisher |
| | Attorneys for Petitioner |
| | STEVEDORING SERVICES OF AMERICA |
| | |
| Dated: 1/25/, 2008 | WEINBERG, ROGER & ROSENFELD |
| | *[signature]* |
| | David A. Rosenfeld |
| | Caren P. Sencer |
| | Attorneys for International Association of |
| | Machinists Local Lodge 1414 |

IT IS SO ORDERED.

Dated: January 28th, 2008

*[signature: Bernard Zimmerman]*
The Honorable Bernard Zimmerman
Magistrate Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

SSOA/1014037/5327993v.1

# FACSIMILE TRANSMISSION



Attorneys At Law
101 W. Broadway, Suite 2000
San Diego, CA 92101
Phone: (619) 696-6700
Fax: (619) 696-7124
www.gordonrees.com

**DATE:** January 28, 2008

**TO:**

| NAME | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Lashonda Scott | Clerk, Honorable Bernard Zimmerman | 415-522-2015 | 415-522-4694 |

**FROM:** Jim McMullen

SENDER INFORMATION (NAME / USER ID / EXTENSION): Patrick Langevin 7728

**RE:** Stevedoring Services of America v. ILWU

| FILE NO.: SSOA 1014037 | NUMBER OF PAGES, INCLUDING COVER: 3 |
|---|---|

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE AS SOON AS POSSIBLE.**

**MESSAGE:**

Joint Request to Continue Hearing Date.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

PEIS/1047997/5264093v.1

SAN FRANCISCO ♦ SAN DIEGO ♦ LOS ANGELES ♦ SACRAMENTO ♦ ORANGE COUNTY ♦ LAS VEGAS ♦ PORTLAND ♦ HOUSTON ♦ PHOENIX ♦ DALLAS ♦ NEW YORK

TRANSMISSION VERIFICATION REPORT

TIME    : 01/28/2008 11:20
NAME    : GORDON & REES
FAX     : 6196967124
TEL     :
SER.#   : BROD5J252246

DATE,TIME         01/28 11:19
FAX NO./NAME      ##184428#14155224694#
DURATION          00:00:49
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM

# FACSIMILE TRANSMISSION

**GORDON & REES** LLP

Attorneys At Law
101 W. Broadway, Suite 2000
San Diego, CA 92101
Phone: (619) 696-6700
Fax: (619) 696-7124
www.gordonrees.com

**DATE:** January 28, 2008

**TO:**

| NAME | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Lashonda Scott | Clerk, Honorable Bernard Zimmerman | 415-522-2015 | 415-522-4694 |

**FROM:** Jim McMullen

SENDER INFORMATION (NAME / USER ID / EXTENSION): Patrick Langevin 7728

**RE:** Stevedoring Services of America v. ILWU

| FILE NO.: SSOA 1014037 | NUMBER OF PAGES, INCLUDING COVER: 3 |
|---|---|

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE AS SOON AS POSSIBLE.

**MESSAGE:**

Joint Request to Continue Hearing Date.