JAMES J. MCMULLEN (SBN: 095853)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorney For: Petitioner
STEVEDORING SERVICES OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEDORING SERVICES OF AMERICA ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> INTERNATIONAL ASSOCIATION OF ) <br> MACHINISTS, LOCAL LODGE 1414 ) <br> ) <br> Respondent ) | CASE NO. C03-2630 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41]** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual General Release reached by and between the parties identified herein, the undersigned, counsel of record for petitioner STEVEDORING SERVICES OF AMERICA, and respondent INTERNATIONAL ASSOCIATION OF MACHINISTS, LOCAL LODGE 1414, respectively, do hereby AGREE and STIPULATE that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear his own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: March ____, 2008

GORDON & REES, LLP

By: _____
Jim McMullen
Attorney for Petitioner
STEVEDORING SERVICES OF AMERICA

MAR 17 2008
1-12

Dated: March 17, 2008

WEINBERG, ROGER & ROSENFELD

By: /s/ David Rosenfeld
DAVID ROSENFELD
Attorneys for Respondent
INTERNATIONAL ASSOCIATION OF
MACHINISTS, LOCAL LODGE 1414

**IT IS SO ORDERED.**

Dated: 21 March 08

Magistrate Judge Zimmerman